Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7877
pstanfield@jshfirm.com
cspicker@jshfirm.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ADAINA MARTINEZ,<br><br>                      Plaintiff,<br><br>    v.<br><br>BLUE FORCE EXPRESS, INC., a California corporation; JORGE ANTONIO LARA MARTINEZ and JANE DOE MARTINEZ, husband and wife; and JOHN and JANE DOES 1-10; and ABC ENTITIES 1-10,<br><br>                      Defendants. | NO. TBD<br><br>**NOTICE OF REMOVAL** |

Defendants, by and through undersigned counsel, file this Notice of Removal of an Arizona State Court action against it to the United States District Court for the District of Arizona and states as follows:

1. On or about March 1, 2020, an action was commenced against Defendants in the Superior Court of the State of Arizona, in and for the County of Maricopa, under the caption *Martinez v. Blue Force Express, Inc., et al.,* On May 3, 2020, Jorge Antonio Lara Martinez was served, by personal service upon Raquel Aguilar, his wife.

2. Copies of pleadings so far filed in the State Court action are attached hereto as Exhibit A.

8466930.1

1  3. Defendant Blue Force Express, Inc. is a California corporation with its principal place of business in Riverside County, California, and Defendant driver Jorge Antonio Lara Martinez is a resident of Los Angeles County and resides in the State of California.

4. Plaintiff Adaina Martinez is a resident of Maricopa County, Arizona, pursuant to the allegations in her Complaint.

5. Plaintiff claims physical and emotional injuries as a result of Defendants' alleged liability. The Complaint certifies the case as a Tier 3 case, which makes the damages sought more than $75,000.

6. This Court has original jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. Therefore this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

7. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa.

8. A Notice of Filing Notice of Removal with the Clerk of the Maricopa County Superior Court and a copy of the same is attached as Exhibit B.

DATED this 2nd day of June 2020.

JONES, SKELTON & HOCHULI, P.L.C.

By _____
Phillip H. Stanfield
Clarice A. Spicker
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendants

8466930.1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/ Evy Yao*

8466930.1

3