



1  Randy L. Kingery, Esq. – State Bar #022913
2  KINGERY LAW FIRM, PLLC
   8175 E. Evans Road #13224
3  Scottsdale, AZ 85267
   T: (480) 322-6097
4  F: (480) 659-1765
   Randy@KingeryLawGroup.com
5  Attorneys for Plaintiffs

6

7        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8            IN AND FOR THE COUNTY OF MARICOPA

9  ADAINA MARTINEZ,

10              Plaintiff,              No.  CV2020-003304

11  v.
                                        COMPLAINT
12  BLUE FORCE EXPRESS, INC., a California
    Corporation;  JORGE  ANTONIO  LARA      (Tort- Motor Vehicle)
13  MARTINEZ and JANE DOE MARTINEZ,
    husband  and  wife;  and  JOHN and JANE   [Jury Trial Demanded]
14  DOES 1-10; and ABC ENTITIES 1-10.

15              Defendants.

16        Plaintiff, by and through her attorneys undersigned, and for her claims against the

17  Defendants, alleges as follows:

18                          PARTIES

19
    1.  Plaintiff ADAINA MARTINEZ resides in Maricopa County, Arizona.
20

21  2.  Defendant BLUE FORCE EXPRESS, INC. is a California corporation involved in

22       interstate trucking and doing business in the State of Arizona.

23  3.  Defendant JORGE ANTONIO LARA MARTINEZ resides in Los Angeles County,

24       California.  The true identity of Defendant JANE DOE MARTINEZ is presently

25
         unknown, and she may be responsible for acts or omissions resulting in the claims
26

herein.  Plaintiffs will seek leave of Court to amend the Complaint to reflect the true name of this Defendant, together with appropriate allegations.  At all times herein alleged, Defendant JORGE ANTONIO LARA MARTINEZ was acting on his own behalf individually as well as on behalf of the marital community consisting of himself and Defendant JANE DOE MARTINEZ.

4. The true names, capacities, and/or relationships, whether individual, corporate, partnership, or otherwise, of JOHN DOES I through X and JANE DOES I through X, their respective wives, inclusive, and each of them, and ABC Entities I through X, are and were unknown to Plaintiffs at the time of the filing of this Complaint and Plaintiffs, therefore, sues said Defendants, and each of them, by said fictitious names and will ask leave of the Court to amend this Complaint to show the true names, capacities, and/or relationships when the same have been ascertained and, therefore, alleges that all of said fictitiously-named Defendants were either joint tortfeasors and/or jointly and severally legally responsible in some manner for the events and happenings herein and proximately caused the injuries and damages to Plaintiffs as hereinafter set forth.

JURSIDICTION AND VENUE

5. The acts and events hereinafter alleged occurred in Maricopa County, Arizona.

6. Venue is proper under A.R.S. § 12-401(1).

7. This case is most appropriate for a Tier 3 classification.

FACTUAL ALLEGATIONS

COLLISION

8. On March 14, 2018, at approximately 12:00 p.m, Plaintiff ADAINA MARTINEZ was driving a 2007 Hyundai Sonata westbound on Interstate 10 at or near milepost 142 in or around the City of Phoenix, County of Maricopa, State of Arizona.

9. At the aforementioned date and place, Defendant JORGE ANTONIO LARA MARTINEZ was operating a 2016 Volvo semi-truck entrusted to him by Defendant BLUE FORCE EXPRESS, INC.

10. Defendant JORGE ANTONIO LARA MARTINEZ was operating the 2016 Volvo semi-truck westbound on Interstate 10 at or near milepost 142 at or around the aforementioned time and date.

11. Defendant JORGE ANTONIO LARA MARTINEZ was inattentive, distracted, following too closely, failing to maintain a proper lookout, and/or driving at an unsafe speed for conditions as he operated the tractor-trailer.

12. Defendant JORGE ANTONIO LARA MARTINEZ collided with the rear of the vehicle driven by Plaintiff ADAINA MARTINEZ.

INJURIES

13. Plaintiff ADAINA MARTINEZ sustained serious injuries (physical and emotional) as the result of the collision involving the semi-truck operated by Defendant JORGE ANTONIO LARA MARTINEZ.

14. As a result of her injuries, Plaintiff ADAINA MARTINEZ has undergone significant medical treatment for her injuries, including but not limited to back surgery related to the injuries she received in the aforementioned collision.

15. Plaintiff ADIANA MARTINEZ has incurred medical expenses for treatment of her injuries sustained in the collision on March 14, 2018.

16. Plaintiff ADAINA MARTINEZ will incur future medical expenses in amounts to be determined related to the injuries sustained in the aforementioned collision.

### ENTRUSTMENT OF SEMI-TRUCK AND *RESPONDEAT SUPERIOR*

17. At all relevant times, Defendant BLUE FORCE EXPRESS, INC. owned, maintained and controlled the semi-tractor trailer involved in the collision with Plaintiff ADAINA MARTINEZ, identified as a 2016 Volvo tractor, VIN 4V4NC9EH3GN942920, and bearing California license plates XP11613 (tractor) and 4RE6378 (trailer).

18. At all times referenced herein, Defendant JORGE ANTONIO LARA MARTINEZ was acting as an agent, employee or representative for and on behalf of Defendant BLUE FORCE EXPRESS, INC. and was at all times acting within the authorized scope of said employment. Defendant BLUE FORCE EXPRESS, INC. is liable and responsible to Plaintiff under the doctrine of *respondeat superior*.

### CLAIM ONE
### NEGLIGENCE
### (AGAINST ALL DEFENDANTS)

19. Plaintiff incorporates herein by reference the allegations in paragraphs 1–18.

20. Defendant JORGE ANTONIO LARA MARTINEZ operated his tractor trailer in such an unsafe, reckless, careless and negligent manner so as to cause the collision with Plaintiff ADAINA MARTINEZ.

21. As a direct and proximate result of the negligence of Defendant JORGE ANTONIO LARA MARTINEZ, Plaintiff ADAINA MARTINEZ suffered physical injuries in amounts to be proven at trial.

22. As a further direct and proximate result of the negligence of Defendant JORGE ANTONIO LARA MARTINEZ, Plaintiff ADAINA MARTINEZ suffered pain, discomfort and suffering, past and future, in amounts to be proven at trial.

23. As a further direct and proximate result of the negligence of Defendant JORGE ANTONIO LARA MARTINEZ, Plaintiff ADAINA MARTINEZ incurred medical expenses in amounts to be proven at trial.

24. As a further direct and proximate result of the negligence of Defendant JORGE ANTONIO LARA MARTINEZ, Plaintiff ADAINA MARTINEZ will incur future medical expenses in amounts to be proven at trial.

25. As a further direct and proximate result of the negligence of Defendant JORGE ANTONIO LARA MARTINEZ, Plaintiff ADAINA MARTINEZ has been generally damaged in amounts in excess of the minimum jurisdictional limits of this Court.

26. Defendant BLUE FORCE EXPRESS, INC. is liable and responsible to Plaintiff for the actions of JORGE ANTONIO LARA MARTINEZ under the doctrine of *respondeat superior*.

CLAIM TWO

NEGLIGENCE *PER SE*

(AGAINST ALL DEFENDANTS)

27. Plaintiff incorporates herein by reference the allegations in paragraphs 1–26.

28. At the aforementioned date and place, Defendant JORGE ANTONIO LARA MARTINEZ was in violation of one or more statutes regarding Arizona traffic laws and federal interstate trucking regulations, including, but not limited to, A.R.S. § 28-701(A), and therefore was negligent *per se*.

29. The wrongful acts alleged above were each substantial and proximate causes that contributed to the injuries and damages of Plaintiff ADAINA MARTINEZ.

<u>CLAIM THREE</u>

NEGLIGENT ENTRUSTMENT

(AGAINST BLUE FORCE EXPRESS, INC.)

30. Plaintiff incorporates herein by reference the allegations in paragraphs 1–29.

31. At the time of the collision, Defendant JORGE ANTONIO LARA MARTINEZ was operating a tractor-trailer entrusted to him by Defendant BLUE FORCE EXPRESS, INC.

32. Defendant BLUE FORCE EXPRESS, INC. knew or should have known that Defendant JORGE ANTONIO LARA MARTINEZ drove motor vehicles, including tractor-trailers, in a reckless, careless, negligent and grossly negligent manner.

33. Defendant BLUE FORCE EXPRESS, INC. knew or should have known that allowing Defendant JORGE ANTONIO LARA MARTINEZ to operate a tractor-trailer increased the risk of harm to others on the roadway.

34. The conduct of Defendant BLUE FORCE EXPRESS, INC. constituted negligence and gross negligence.

35. The wrongful acts alleged above were each substantial and proximate causes that contributed to the injuries and damages of Plaintiff ADAINA MARTINEZ.

<u>CLAIM FOUR</u>

NEGLIGENT HIRING, SUPERVISION AND RETENTION
(AGAINST DEFENDANT BLUE FORCE EXPRESS, INC.)

36. Plaintiff incorporates herein by reference the allegations in paragraphs 1–35.

37. Defendant BLUE FORCE EXPRESS, INC. failed to properly hire, train and supervise its employees, including Defendant JORGE ANTONIO LARA MARTINEZ.

38. Defendant BLUE FORCE EXPRESS, INC. failed to properly develop, implement and enforce safe work policies and procedures.

39. Defendant BLUE FORCE EXPRESS, INC. failed to take reasonable precautions by failing to properly train employees to make reasonable, safe decisions while driving.

40. Defendant BLUE FORCE EXPRESS, INC. failed to meet the standards of care requisite in the trucking industry.

41. The wrongful acts alleged above were each substantial and proximate causes that contributed to the injuries and damages of Plaintiff ADAINA MARTINEZ.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff ADAINA MARTINEZ requests judgment be entered against

the Defendants, and each of them, as follows:

1.  For special damages in an amount to be proven at trial.

2.  For general damages in an amount to be proven at trial.

3.  For an amount representative of Plaintiff's past medical expenses.

4.  For an amount representative of Plaintiff's future medical expenses.

5.  For all costs incurred and to be incurred herein.

6.  For interest on the above sums from the date of judgment until paid.

7.  For such further relief as the Court deems just.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

RESPECTFULLY SUBMITTED this 10th day of March, 2020.

KINGERY LAW FIRM, PLLC

By _____
Randy L. Kingery
KINGERY LAW FIRM, PLLC
8175 E. Evans Road #13224
Scottsdale, AZ 85267

*Attorneys for Plaintiffs*

ORIGINAL of the foregoing filed this
10th day of March, 2020 with:

8 |

1   Clerk of the Superior Court
2   Maricopa County Superior Court

3   By: _____

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

9

COPY

Randy L. Kingery, Esq. – State Bar #022913
KINGERY LAW FIRM, PLLC
8175 E. Evans Road #13224
Scottsdale, AZ 85267
T: (480) 322-6097
F: (480) 659-1765
Randy@KingeryLawGroup.com
Attorneys for Plaintiff

MAR 1 0 2020

CLERK OF THE SUPERIOR COURT
H. GEARHART
DEPUTY CLERK

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

ADAINA MARTINEZ,

    Plaintiff,

v.

BLUE FORCE EXPRESS, INC., a California
Corporation; JORGE ANTONIO LARA
MARTINEZ and JANE DOE MARTINEZ,
husband and wife; and JOHN and JANE
DOES 1-10; and ABC ENTITIES 1-10.

    Defendants.

No. CV2020-005304

DEMAND FOR JURY TRIAL

Plaintiff, ADAINA MARTINEZ, by and through undersigned counsel, pursuant to

ARIZ. R. CIV. P. 38, hereby requests a trial by jury on all issues so triable.

KINGERY LAW FIRM, PLLC

By _____
    Randy L. Kingery
    KINGERY LAW FIRM, PLLC
    8175 E. Evans Road #13224
    Scottsdale, AZ 85267
    *Attorneys for Plaintiff*

1

2  ORIGINAL of the foregoing filed this
3  10th day of March, 2020 with:

4  Clerk of the Superior Court
5  Maricopa County Superior Court

6  By: _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

| ORIGINAL |

Person Filing: Randy L. Kingery KINGERY LAW FIRM, PLLC
Address (if not protected): 8175 E Evans Rd. #13224
City, State, Zip Code: Scottsdale, AZ 85267
Telephone: 480.322.5097
Email Address: randy@kingerylawgroup.com
Lawyer's Bar Number: 022913

Representing ☐ Self, without a Lawyer  or  ☒ Attorney for  ☒ Plaintiff   OR  ☐ Defendant

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

ADAINA MARTINEZ

Name of Plaintiff

Case No.: CV2020-003304

And

JORGE ANTONIO LARA MARTINEZ and Jane Doe Martinez

Name of Defendant

**SUMMONS**

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

WARNING: This is an official document from the court that affects your rights. Read this carefully.
If you do not understand it, contact a lawyer for help.

FROM THE STATE OF ARIZONA TO:  JORGE ANTONIO LARA MARTINEZ and Jane Doe Martinez

Name of Defendant

1. A lawsuit has been filed against you.  A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR*

   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR*

   - Office of the Clerk of Superior Court,  222 East Javelina Avenue, Mesa, Arizona  85210-6201 *OR*

   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 010119

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

SIGNED AND SEALED this date

_____

CLERK OF SUPERIOR COURT

JEFF FINE, CLERK

By _____
Deputy Clerk

H. Gearhart

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 010119

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
5/21/2020 10:52:00 PM
Filing ID 11675670

## AFFIDAVIT OF SERVICE

| Case:<br>CV2020-003304 | Court:<br>Superior Court of Arizona Maricopa County - Central Building | County:<br>Maricopa County, AZ | Job:<br>4509111 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ADAINA MARTINEZ | | Defendant / Respondent:<br>JORGE ANTONIO LARA MARTINEZ, ET AL. | |
| Received by:<br>Bosco Legal Services Inc. | | For:<br>Kingery Law Firm, PLLC. | |
| To be served upon:<br>JORGE ANTONIO LARA MARTINEZ | | | |

I, Cris Lopez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   Raquel Aguilar, Wife, HOME: 1833 W 20TH STREET, LOS ANGELES, CA 90007

Manner of Service:   Substitute Service - Abode, May 3, 2020, 4:30 pm

Documents:   SUMMONS; COMPLAINT; DEMAND FOR JURY TRIAL; CERTIFICATE OF COMPULSORY ARBITRATION

Additional Comments:
Successful Attempt: May 3, 2020, 4:30 pm PDT at HOME: 1833 W 20TH STREET, LOS ANGELES, CA 90007
The documents were sub served to Raquel Aguilar, Wife.

_____          05/04/2020
Cris Lopez                                                  Date

4651 Brookhollow Circle Ste C
Riverside CA 92509
951-353-8281

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
5/22/2020 1:19:00 AM
Filing ID 11675717

1

Randy L. Kingery, Esq. – State Bar #022913
**KINGERY LAW FIRM, PLLC**

2

8175 E. Evans Road #13224

3

Scottsdale, AZ 85267
T: (480) 322-6097

4

F: (480) 659-1765
Randy@KingeryLawGroup.com

5

**Attorneys for Plaintiff**

6

7

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

8

9

ADAINA MARTINEZ,

Plaintiff,

10

11

v.

12

BLUE FORCE EXPRESS, INC., a California Corporation; JORGE ANTONIO LARA MARTINEZ and JANE DOE MARTINEZ, husband and wife; and JOHN and JANE DOES 1-10; and ABC ENTITIES 1-10.

13

14

Defendants.

15

**No. CV2020-003304**

**MOTION TO EXTEND TIME FOR SERVICE OF PROCESS AND TO ALLOW ALTERNATIVE MEANS OF SERVICE**

**(Before the Hon. Rosa Mroz)**

**(Expedited ruling requested)**

16

17

        Plaintiff, by and through her attorneys undersigned, respectfully requests an additional

18

19

90 days to effectuate service of process, amending the deadline from June 8, 2020 to

20

September 7, 2020.  The request is made not in the spirit of delay, but rather out of necessity

21

because four attempts to serve Blue Force Express, Inc. have been unsuccessful and the

22

whereabouts of the company and its statutory agent are currently unknown.  (Plaintiff has

23

24

served Blue Force Express, Inc.'s employee driver (and co-defendant) Jorge Antonio Lara

25

Martinez on May 3, 2020 in Los Angeles, California.)

26

        Blue Force Express, Inc. is a California company, which as of May 20, 2020 (the latest

date for which the California Secretary of State has publicly updated records) shows its "Agent for Service of Process" to be Ajit Singh Johal with an address of 8608 Utica Ave., Ste. 220AJ, Rancho Cucamonga, CA 91730.  (*See* Exhibit 1.) In addition to Agent for Service of Process, Johal is listed in other filings as the company's "accountant".

Service was attempted at the Utica address on May 1, 2020 and the process server learned that Johal had not been located at that address in over one year.

Johal was tracked down to an accounting office (G&S Accountancy Inc.) where he is both listed as working and is named as the Agent for Service of Process, with an address at 3200 E. Guasti Rd., Ste 100, Ontario, CA 91761.  Two attempts (May 7 and 8, 2020) at that address failed, and the process server learned Johal had not been there in months.

The fourth attempt, May 12, 2020, the process server went to the business address listed for Blue Force Express, Inc., 14778 Ceres Ave., Fontana, CA 92335.  Unfortunately, it appears the business is no longer operating at that address.

(The aforementioned service attempts are outlined in the Declaration of Fry, attached hereto as Exhibit 2.)

Blue Force Express, Inc. and defendant Martinez have counsel retained to defend them in this matter, presumably at the behest of an insurance carrier and as a result of service on Defendant Martinez. (Although counsel has not appeared formally herein, counsel is endorsed with a copy of this motion.). A request has been made to counsel that Blue Force Express, Inc. either permit counsel to accept service, waive formal service, or provide information as to where service may be effectuated.  Whether Blue Force Express, Inc. can or will provide

authority or information for counsel to do so is unknown.

Accordingly, Plaintiff respectfully requests the time for service of process be extended until and including September 7, 2020 to permit time for counsel to locate and/or obtain authority from Blue Force Express, Inc.

In the event acceptance, waiver, or other information becomes unavailable to timely satisfy the service requirement on Blue Force Express, Inc., Plaintiff respectfully requests the Court's authority to utilize alternative service.  Ariz. R. Civ. P. 4.2(h) permits service of process on an out of state corporation to be made on "any other agent authorized by appointment or by law to receive service of process".  California Corporations Code § 1702(a) permits the California Secretary of State to accept service on behalf of a California corporation where the designated service agent cannot "with reasonable diligence be found at the address designated for personally delivering the process".  This method of service requires a Court's finding (An Arizona court order is specifically contemplated by this scheme, see California Corporations Code § 1702(d)) that service cannot be effectuated with reasonable diligence in the ordinary course.  (Arizona has a similar law, A.R.S § 10-504(B), permitting service of process on the Arizona Corporation Commission when a statutory agent cannot be found in the place on record with the Commission.)

Here, the statutory agent is not located where he is listed as located in the California Secretary of State's records for Blue Force Express, Inc.  Plaintiff went a step further and investigated the statutory agent further, located him as working at an accounting office for which he is also serving as the company's statutory agent, but he also apparently isn't there.

There is also no one to serve in any capacity for Blue Force Express, Inc. at the business address listed for Blue Force Express, Inc. in Fontana, California.  Plaintiff submits that despite reasonable diligence, service cannot be effectuated in the ordinary course. (California Corporations Code § 1702 is attached hereto as Exhibit 3 for the Court's reference.)

For the reasons stated herein, Plaintiff requests the Court extend the time for service to and including September 7, 2020 and permit Plaintiff to serve Blue Force Express, Inc. via the California Secretary of State under the circumstances presented here.  A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 22nd day of May, 2020.

KINGERY LAW FIRM, PLLC

By s/Randy L. Kingery
Randy L. Kingery
KINGERY LAW FIRM, PLLC
8175 E. Evans Road #13224
Scottsdale, AZ 85267

*Attorneys for Plaintiffs*

ORIGINAL of the foregoing filed this
22nd day of May, 2020 with:

Clerk of the Superior Court
Maricopa County Superior Court

-and-

Copy emailed to:
Clarice Spicker, Esq.
(cspicker@jshfirm.com)
**Jones Skelton & Hochuli PLC**
40 N. Central Ave #2700
Phoenix, AZ 85004


By: Randy L. Kingery



**Alex Padilla**
**California Secretary of State**

Home | About | Business | Notary & Authentications | Elections | Campaign & Lobbying | State Archives | Registries | News | Contact

## Business Search - Entity Detail

### Business Entities (BE)

**Online Services**
- File LLC Statement of Information
- File Corporation Statement of Information
- Business Search
- Publicly Traded Disclosure Search
- Current Processing Dates

**Service Options**
- Name Availability
- Forms, Samples & Fees
- Statements of Information (annual/biennial reports)
- Filing Tips
- Information Requests (certificates, copies & status reports)
- Service of Process
- FAQs
- Contact Information

**Resources**
- Business Resources
- Tax Information
- Starting A Business Checklist
- FTB Nonprofit Dissolution
- FTB Administrative Dissolution/Surrender Notice
- FTB Abatement

**Customer Alerts**
- Business Identity Theft
- Misleading Business Solicitations

### Related Links
- Legislation
- California Codes
- California Regulations
- Private Service Companies

46.5K

The California Business Search is updated daily and reflects work processed through Wednesday, May 20, 2020. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

**C3669154   BLUE FORCE EXPRESS, INC.**

| | |
|---|---|
| Registration Date: | 04/23/2014 |
| Jurisdiction: | CALIFORNIA |
| Entity Type: | DOMESTIC STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | AJIT SINGH JOHAL |
| | 8608 UTICA AVE, SUITE 220AJ |
| | RANCHO CUCAMONGA CA 91730 |
| Entity Address: | 14778 CERES AVE |
| | FONTANA CA 92335 |
| Entity Mailing Address: | 14778 CERES AVE |
| | FONTANA CA 92335 |

A Statement of Information is due EVERY year beginning five months before and through the end of April.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 06/26/2019 | |
| SI-COMPLETE | 07/29/2017 | |
| REGISTRATION | 04/23/2014 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

Modify Search        New Search        Back to Search Results

Contact Information        Back to Top ↑

**Agency**
- Home
- About
- Business
- Notary & Authentications
- Elections
- Campaign & Lobbying
- State Archives
- Registries
- News
- Contact

**Resources**
- Career Opportunities
- Site Maintenance Schedule
- Website Help
- Language Access Complaint Form
- Guidelines for Access to Public Records
- California Home Page
- Accessibility

Copyright © 2017 California Secretary of State | 1500 11th Street, Sacramento, California 95814 | (916) 653-6814

Sitemap | Privacy Policy | Free Document Readers

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | For Court Use Only |
|---|---|
| Kingery Law Firm, PLLC. Randy L. Kingery, Esq. 8175 E. Evans Road #13224 Scottsdale, AZ 85267   TELEPHONE NO.:  480-322-6097                          FAX NO.:  ATTORNEY FOR *(Name)*:  Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Maricopa County
  STREET ADDRESS:  201 W. Jefferson
  MAILING ADDRESS:
  CITY AND ZIP CODE:  Phoenix, 85003
  BRANCH NAME:  Superior Court of Arizona Maricopa County - Central Building

  PLAINTIFF / PETITIONER:  ADAINA MARTINEZ
DEFENDANT / RESPONDENT:  JORGE ANTONIO LARA MARTINEZ, ET AL.

| DECLARATION OF NON SERVICE | Hearing Date: | Time: | Dept/Div: | CASE NUMBER: CV2020-003304 |
|---|---|---|---|---|

I, Gregg Richard Fry, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   BLUE FORCE EXPRESS, INC., COMPANY: 14778 CERES AVE, FONTANA, CA 92335
**Manner of Service:**   Not Served
**Documents:**   SUMMONS; COMPLAINT; DEMAND FOR JURY TRIAL; CERTIFICATE OF COMPULSORY ARBITRATION

**Additional Comments:**
1) Unsuccessful Attempt: May 1, 2020, 11:58 am at COMPANY: 8608 UTICA AVE SUITE 220AJ, RANCHO CUCAMONGA, CA 91730
I spoke to Michael,  front desk who stated that this company moved out over 1 year ago.

2) Unsuccessful Attempt: May 7, 2020, 8:42 am at COMPANY: 3200 E GUASTI RD STE 100, ONTARIO, CA 91761
The business was closed. There is a sign on the door with the new hours posted of 10:00 am -1:00 pm, for 04/01/20 through 05/31/20. The sign also stated that the hours are subject to change.

3) Unsuccessful Attempt: May 8, 2020, 12:54 pm at COMPANY: 3200 E GUASTI RD STE 100, ONTARIO, CA 91761
I spoke to Diane, Receptionist for all of the offices in the building. She stated the subject does have an office here, but he has not been in the past couple of months.

4) Unsuccessful Attempt: May 12, 2020, 9:46 am at COMPANY: 14778 CERES AVE, FONTANA, CA 92335
I spoke to a male, who stated this business moved out 4 months ago and he does not have a forwarding address. I could tell where the name of the company was removed from the window.

**Person who served papers**
a.Name:        Gregg Richard Fry
b.Address:     4651 Brookhollow Circle, Ste. C, Riverside, CA 92509
c.Telephone number:   951-353-8281
d.The fee for service was:
e.I am:
   (1)☐ not a registered California process server.
   (2)☒ exempt from registration under Business and Professions Code section 22350(b).
   (3)☐ a registered California process server:
       (i) ☐ owner ☐ employee ☐ independent contractor
       (ii) Registration No:
       (iii)County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  05/18/2020
Gregg Richard Fry
                (TYPE OR PRINT NAME OF DECLARANT)                                                    (SIGNATURE)
Job: 4509196




*California*
LEGISLATIVE INFORMATION

Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites

Code: Select Code ⌄ Section: 1 or 2 or 1001 Search ⓘ

Up^    << Previous    Next >>    cross-reference chaptered bills    PDF | Add To My Favorites

Search Phrase:                                                              Highlight

CORPORATIONS CODE - CORP
    TITLE 1. CORPORATIONS [100 - 14631]  ( *Title 1 enacted by Stats. 1947, Ch. 1038.* )
        DIVISION 1. GENERAL CORPORATION LAW [100 - 2319]  ( *Division 1 repealed and added by Stats. 1975, Ch. 682.* )

    CHAPTER 17. Service of Process [1700 - 1702]  ( *Chapter 17 added by Stats. 1975, Ch. 682.* )

**1702.** (a) If an agent for the purpose of service of process has resigned and has not been replaced or if the agent designated cannot with reasonable diligence be found at the address designated for personally delivering the process, or if no agent has been designated, and it is shown by affidavit to the satisfaction of the court that process against a domestic corporation cannot be served with reasonable diligence upon the designated agent by hand in the manner provided in Section 415.10, subdivision (a) of Section 415.20 or subdivision (a) of Section 415.30 of the Code of Civil Procedure or upon the corporation in the manner provided in subdivision (a), (b) or (c) of Section 416.10 or subdivision (a) of Section 416.20 of the Code of Civil Procedure, the court may make an order that the service be made upon the corporation by delivering by hand to the Secretary of State, or to any person employed in the Secretary of State's office in the capacity of assistant or deputy, one copy of the process for each defendant to be served, together with a copy of the order authorizing such service. Service in this manner is deemed complete on the 10th day after delivery of the process to the Secretary of State.

(b) Upon the receipt of any such copy of process and the fee therefor, the Secretary of State shall give notice of the service of the process to the corporation at its principal executive office, by forwarding to such office, by registered mail with request for return receipt, the copy of the process or, if the records of the Secretary of State do not disclose an address for its principal executive office, by forwarding such copy in the same manner to the last designated agent for service of process who has not resigned. If the agent for service of process has resigned and has not been replaced and the records of the Secretary of State do not disclose an address for its principal executive office, no action need be taken by the Secretary of State.

(c) The Secretary of State shall keep a record of all process served upon the Secretary of State under this chapter and shall record therein the time of service and the Secretary of State's action with reference thereto. The certificate of the Secretary of State, under the Secretary of State's official seal, certifying to the receipt of process, the giving of notice thereof to the corporation and the forwarding of such process pursuant to this section, shall be competent and prima facie evidence of the matters stated therein.

(d) The court order pursuant to subdivision (a) that service of process be made upon the corporation by delivery to the Secretary of State may be a court order of a court of another state, or of any federal court if the suit, action, or proceeding has been filed in that court.

*(Amended by Stats. 1989, Ch. 438, Sec. 1.)*

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Kingery Law Firm, PLLC.<br>Randy L. Kingery, Esq.<br>8175 E. Evans Road #13224<br>Scottsdale, AZ 85267<br>    TELEPHONE NO.:  480-322-6097          FAX NO.:<br><br>ATTORNEY FOR *(Name):*  Plaintiff | For Court Use Only |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Maricopa County
  STREET ADDRESS:  201 W. Jefferson
  MAILING ADDRESS:
  CITY AND ZIP CODE:  Phoenix, 85003
  BRANCH NAME:  Superior Court of Arizona Maricopa County - Central Building

PLAINTIFF / PETITIONER:  ADAINA MARTINEZ
DEFENDANT / RESPONDENT:  JORGE ANTONIO LARA MARTINEZ, ET AL.

| DECLARATION OF NON SERVICE | Hearing Date: | Time: | Dept/Div: | CASE NUMBER:<br>CV2020-003304 |
|---|---|---|---|---|

I, Gregg Richard Fry, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**    BLUE FORCE EXPRESS, INC., COMPANY: 14778 CERES AVE, FONTANA, CA 92335

**Manner of Service:**        Not Served

**Documents:**            SUMMONS; COMPLAINT; DEMAND FOR JURY TRIAL; CERTIFICATE OF COMPULSORY ARBITRATION

**Additional Comments:**
1) Unsuccessful Attempt: May 1, 2020, 11:58 am at COMPANY: 8608 UTICA AVE SUITE 220AJ, RANCHO CUCAMONGA, CA 91730
I spoke to Michael,  front desk who stated that this company moved out over 1 year ago.

2) Unsuccessful Attempt: May 7, 2020, 8:42 am at COMPANY: 3200 E GUASTI RD STE 100, ONTARIO, CA 91761
The business was closed. There is a sign on the door with the new hours posted of 10:00 am -1:00 pm, for 04/01/20 through 05/31/20. The sign also stated that the hours are subject to change.

3) Unsuccessful Attempt: May 8, 2020, 12:54 pm at COMPANY: 3200 E GUASTI RD STE 100, ONTARIO, CA 91761
I spoke to Diane, Receptionist for all of the offices in the building. She stated the subject does have an office here, but he has not been in the past couple of months.

4) Unsuccessful Attempt: May 12, 2020, 9:46 am at COMPANY: 14778 CERES AVE, FONTANA, CA 92335
I spoke to a male, who stated this business moved out 4 months ago and he does not have a forwarding address. I could tell where the name of the company was removed from the window.

**Person who served papers**
a.Name:        Gregg Richard Fry
b.Address:        4651 Brookhollow Circle, Ste. C, Riverside, CA 92509
c.Telephone number:    951-353-8281
d.The fee for service was:
e.I am:
    (1)☐ not a registered California process server.
    (2)☒ exempt from registration under Business and Professions Code section 22350(b).
    (3)☐ a registered California process server:
        (i) ☐ owner ☐ employee ☐ independent contractor
        (ii) Registration No:
        (iii)County:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  05/18/2020
Gregg Richard Fry
            (TYPE OR PRINT NAME OF DECLARANT)                                (SIGNATURE)

Job: 4509196